415 A.2d 86

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Frank BRACERO, Appellant.**

Supreme Court of Pennsylvania.

June 18, 1980.

Keith L. Kilgore, Lebanon, for appellant.

David J. Brightbill, Dist. Atty., Thomas S. Long, Asst. Dist. Atty., Wm. Thurston, Lebanon, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM:

The petition for allowance of appeal having been improvidently granted, the appeal is dismissed.